# United States District Court
## Southern District of Georgia

AMOS SANDERS,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 119-047

TIMOTHY C. WARD,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated May 29, 2019 adopting the Magistrate Judge's Report and Recommendation as the Court's opinion, that Petitioner's petition filed pursuant to 28 U.S.C. § 2254 is dismissed as untimely; furthermore, Petitioner's motion to proceed in forma pauperis is denied as moot. Petitioner is denied a certificate of appealability in this case and is not entitled to appeal in forma pauperis. This case stands closed.

05/29/2019
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
(By) Deputy Clerk