IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

AMOS SANDERS,             )
                          )
    Petitioner-Appellant, )
                          )   Case No.: CV 119-047
vs.                       )
                          )   Appeal No.: 19-12245-G
TIMOTHY WARD, and         )
COMMISSIONER, GEORGIA     )
DEPARTMENT OF CORRECTIONS,)
                          )
    Respondents-Appellees.)

O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit for want of prosecution,

**IT IS HEREBY ORDERED** that the mandate order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this ___30th___ day of October 2019.

_____
HONORABLE J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA