IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| AMOS SANDERS, | ) |
| | ) |
|     Petitioner-Appellant, | ) |
| | )   Case No.: CV 119-047 |
| vs. | ) |
| | )   Appeal No.: 19-12245-G |
| GREG DOZIER, Georgia | ) |
| Department of Corrections, | ) |
| | ) |
|     Respondent-Appellee. | ) |

O R D E R

The judgment in the above-styled action having been affirmed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the judgment of the United States Court of Appeals for the Eleventh Circuit is made the judgment of this Court.

SO ORDERED, this _6th_ day of October 2020.

_____
HONORABLE J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA